IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

FILED ⸺ O.C.

05 MAY 11 PM 4: 30

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

ROBERT DAVIS,
JUANDELLA CRUZ,
FRANKLIN FERGUSON
WAYNE BOSTIC,
JOHNNY RAY PARR
KENNETH BERNARD CULP,
JOHNNY L. PHILLIPS,
SAMUEL ANDREW LEMAR, and
MARCUS FLOYD,
acting on their behalf and
on behalf of others similarly
situated,

      Plaintiffs,

vs.                          No. 93-2004 ML/BRE

TED SUTTON, in his personal
capacity and in his official
capacity as Sheriff of
Lauderdale County; and
H. GWINN MATTHEWS, in his personal
capacity and in his official
capacity as County Executive
for Lauderdale County, and
THE LAUDERDALE COUNTY BOARD
OF COMMISSIONERS,

      Defendants.

## CONSENT ORDER AWARDING INTERIM ATTORNEYS FEES AND EXPENSES

**IT APPEARING TO THE COURT,** that Plaintiffs are entitled to an award of attorneys' fees and expenses, arising out of their successful prosecution of a "Petition for Contempt" against Defendant Lauderdale County.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-13-05

200

**IT FURTHER APPEARING TO THE COURT**, that the parties have agreed to an interim attorney fee award of $110,812.78, and expense award of $37,343.93 (total award $148,156.71) for work performed in the case through April 30, 2005.

**IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED BY CONSENT**, that Defendant, Lauderdale County, shall pay to Glankler Brown, PLLC, the amount of $148,156.71 for which execution may issue if necessary; for interim attorneys fees and expenses to which Plaintiff's counsel is entitled through April 30, 2005. Nothing in this order shall preclude Plaintiff's counsel from seeking additional fees and expenses, for work in this case on or after May 1, 2005.

It is so ordered by consent.

THE HONORABLE JON PHIPPS McCALLA
UNITED STATES DISTRICT COURT JUDGE

WE CONSENT:

Robert L. Hutton
Attorney for Plaintiffs
1700 One Commerce Square
Memphis, Tennessee 38103

Thomas Caldwell
Attorney for Lauderdale County
114 Jefferson Street
Ripley, TN 38063

F:\CLIENTS\LAUDERDALE COUNTY JAIL INMATES (06210)\PLEADING\CONSENT ORDER AWARDING INTERIM ATTORNEYS FEES.doc

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 200 in case 2:93-CV-02004 was distributed by fax, mail, or direct printing on May 13, 2005 to the parties listed.

---

Michael W. Whitaker
WHITAKER LAW FIRM
P.O. Box 1024
Covington, TN 38019

Robert L. Hutton
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

J. Thomas Caldwell
CALDWELL & FITZHUGH
114 Jefferson Street
Ripley, TN 38063

Honorable Jon McCalla
US DISTRICT COURT