IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 JUL 21 PM 3:58
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

ROBERT DAVIS, et al., )
)
    Plaintiffs, )
)
v. ) No. 93-2004 Ml
)
TED SUTTON, et al., )
)
    Defendants. )

ORDER DIRECTING CLERK TO DISBURSE FUNDS

The Special Master in this case, Charles Fisher, has submitted an invoice for fees and expenses incurred in connection with this matter for the month of June, 2005, in the amount of $2,951.58. Accordingly, the Clerk of Court is directed to send the total sum of $2,951.58 to the Special Master, Charles Fisher, at 622 South Main Street, Covington, Tennessee 38019.

IT IS SO ORDERED THIS 21 DAY of July, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7-22-05


207



# Notice of Distribution

This notice confirms a copy of the document docketed as number 207 in case 2:93-CV-02004 was distributed by fax, mail, or direct printing on July 22, 2005 to the parties listed.

---

J. Thomas Caldwell
CALDWELL & FITZHUGH
114 Jefferson Street
Ripley, TN 38063

Robert L. Hutton
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Michael W. Whitaker
WHITAKER LAW FIRM
7054 Highway 64
Oakland, TN 38060

Honorable Jon McCalla
US DISTRICT COURT