IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 24 PM 2:47

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| ROBERT DAVIS,<br>JUANDELLA CRUZ,<br>FRANKLIN FERGUSON,<br>WAYNE BOSTIC,<br>JOHNNY RAY PARR,<br>KENNETH BERNARD CULP,<br>JOHNNY L. PHILLIPS,<br>SAMUEL ANDREW LEMAR, and<br>MARCUS FLOYD,<br>acting on their behalf and<br>on behalf of others similarly<br>situated<br><br>    Plaintiffs,<br><br>v.<br><br>TED SUTTON, in his personal<br>capacity and in his official<br>capacity as Sheriff of<br>Lauderdale County, and<br>H. GWINN MATTHEWS, in his<br>personal capacity and in his<br>official capacity as County<br>Executive for Lauderdale County,<br>and THE LAUDERDALE COUNTY<br>BOARD OF COMMISSIONERS,<br><br>    Defendants. | No. 93-2004 Ml/BRE |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR ONE-WEEK CONTINUANCE WITHIN WHICH TO FILE RESPONSE TO LAUDERDALE COUNTY COMPLIANCE PLAN**

Before the Court is Plaintiffs' Unopposed Motion for One-week Continuance Within Which to File Response to Lauderdale County Compliance Plan, filed August 22, 2005. Plaintiffs

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  8-24-05

218

specifically move for an extension of time until Monday, August 29, 2005, by which to respond to Defendant's compliance plan. Good cause having been shown, the Court GRANTS the motion.

So ORDERED this **24** day of August, 2005.

                                     */s/ Jon P. McCalla*
                                     JON P. McCALLA
                                     UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 218 in case 2:93-CV-02004 was distributed by fax, mail, or direct printing on August 24, 2005 to the parties listed.

---

J. Thomas Caldwell
CALDWELL & FITZHUGH
114 Jefferson Street
Ripley, TN 38063

Michael W. Whitaker
WHITAKER LAW FIRM
7054 Highway 64
Oakland, TN 38060

Clifford D. Pierce
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Robert L. Hutton
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT