IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP -6 PM 5: 02

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

|  |  |  |
|---|---|---|
| ROBERT DAVIS, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 93-2004 Ml |
| TED SUTTON, et al., | ) | |
| Defendants. | ) | |

ORDER DIRECTING CLERK TO DISBURSE FUNDS

The Special Master in this case, Charles Fisher, has submitted an invoice for fees and expenses incurred in connection with this matter for the month of August, 2005, in the amount of $2,834.26. Accordingly, the Clerk of Court is directed to send the total sum of $2,834.26 to the Special Master, Charles Fisher, at 622 South Main Street, Covington, Tennessee 38019.

IT IS SO ORDERED THIS 6 DAY of September, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-7-05

220

# CHARLES G. FISHER
622 South Main Street
Covington, TN 38019
Home Phone 901-476-1619

August 31, 2005

Mrs. Elrudia Tipton, Finance Administrator
United States District Court
Room 242 Federal Building
Memphis, TN 38109

**RE:** *Davis v Sutton, et al,* **93-2004 ML/BRE**

Dear Mrs. Tipton:

Enclosed are my out of court worksheet, in court worksheet, expense report and receipts for the above referenced case for the month of August, 2005.

Out of Court Worksheet
    Interviews and Conf.  3.0 hrs
    Obt./Reviewing Reps.  .5 hrs
    Travel  5.5 hrs
    Invest. and Other  29.0 hrs
**Total Out of Court Hours**  38.0 @ $65 per hour = $2470.00

In Court Worksheet
    In Court 8/16/05  3.0 hrs @ $65 per hour = $195.00

Other Expenses Worksheet
    Mileage  $159.26
    Parking  10.00
**Total Expenses**  $169.26

**Total This Bill $2834.26**

Sincerely,

Charles Fisher
Special Master

93-2004 ML/BRE

Case Number: 9̶4̶-̶2̶0̶5̶0̶-M℧/V 

Voucher No: _____

OTHER EXPENSES WORKSHEET
30¢ .40$ per mil

| Date | Brief Explanation | Mileage | Parking | Meals | Lodging | Copying | Postage | Toll Calls | Telegrams | Other |
|------|-------------------|---------|---------|-------|---------|---------|---------|------------|-----------|-------|
| 8/1/05 | Ripley → Covington round trip | 14¹⁸ | | | | | | | | |
| 8/4 | " | 14¹⁸ | | | | | | | | |
| 8/5 | Covington → Memphis meeting .40$ | 30⁰⁰ | 5⁰⁰ | | | | | | | |
| 8/6 | Covington → Ripley round trip | 14¹⁸ | | | | | | | | |
| 8/11 | " | 14¹⁸ | | | | | | | | |
| 8/16 | Covington → Memphis Round Trip .40$ | 30⁰⁰ | 5⁰⁰ | | | | | | | |
| 8/18 | Covington → Ripley round trip | 14¹⁸ | | | | | | | | |
| 8/23 | " | 14¹⁸ | | | | | | | | |
| 8/24 | " | 14¹⁸ | | | | | | | | |
| Total Amount Per Item | | 159.44 | 10.00 | | | | | | | |

165²⁶ + 191 + 247 + 2834.26
           = 2834.26

93-2004 ML/BRE

Case Number: 96-2520-ML

Voucher No:

## OUT OF COURT HOURLY WORKSHEET

| Date | Brief Description of Services | Interviews & Conferences | Obtaining & Reviewing Records | Legal Research & Brief Writing | Travel Time | Investigative and Other Work |
|---|---|---|---|---|---|---|
| 8/1 | Jail Committee Mtg.; Tour jail with Hutton + Ward | | | | .5 | 5.0 |
| 8/4 | Observe training; revise report | | | | .5 | 4.5 |
| 8/3 | Read + comment on Lunderalo Report | | | | | 2.0 |
| 8/5 | File report w/court | | | | 2.0 | .5 |
| 8/8 | Jail Committee Mtg. | | | | .5 | 2.0 |
| 8/9 | Telephone calls with PA staff | 1.0 | | | | |
| 8/11 | meet w/co. atty; review grievances; discuss personnel; jail tour | 2.0 | .5 | | .5 | 1.0 |
| 8/16 | Memo to Hutton re Jail Report | | | | | 1.0 |
| 8/18 | meet with Etheridge; Write report to jail | | | | .5 | 2.0 |
| 8/23 | meet w/attorneys at jail; Tour jail; observe trng. | | | | .5 | 5.0 |
| 8/25 | Jail Comm. mtg; tour jail; talk to inmates + staff; observe mental health trng. | | | | .5 | 5.5 |
| | | | | | | |
| | Page Total: | 3.0 | .5 | | 5.5 | 29.0 |
| | Grand Total: | | | | | 38.0 |

**IN-COURT HOURLY WORKSHEET**

**CASE NUMBER:** 96-BIZB-ML/L
93-2004 ML/BR

| Date | Brief Description of Services | Arraignment Plea | Motions Requests | Bail Hearings | Sentence Hearings | Trial | Revocation Hearings | Appeals Court | Other |
|---|---|---|---|---|---|---|---|---|---|
| 8/16/05 | Court testimony | | | | | | | | 3.0 |
| | | | | | | | | | |
| | Page Total: | | | | | | | | |
| | Grand Total: | | | | | | | | 3.0 |

155

Charles G. Fisher
Davis v Sutton, et al, 93-2004 ML/BRE
August 1-31, 2005



## 68-292
### CLAIM CHECK

**Standard Parking®**

## Mud Island Garage

**THIS CONTRACT LIMITS OUR LIABILITY-PLEASE READ IT**
This parking ticket is your parking contract. This contract limits our liability. It licenses you to park one vehicle in a designated area at your sole risk and at posted rates. Any car parked at this facility is parked at the car owner's sole risk. OPERATOR does not guard or assume care, custody or control of your vehicle or its contents and is not responsible for fire, theft, damage or loss. The owner alone is responsible for parking and locking his car. OPERATOR issues this ticket as your contract and for timekeeping purposes only. Only a license to park is granted hereby and no bailment is created. This is not a claim check. This is your entire contract and no employee may modify or waive any of its terms. By your acceptance of it you agree to all foregoing terms.

 TOLEDO TICKET CO., TOLEDO, OH



## 61-321
### CLAIM CHECK

**Standard Parking®**

## Mud Island Garage

**THIS CONTRACT LIMITS OUR LIABILITY-PLEASE READ IT**
This parking ticket is your parking contract. This contract limits our liability. It licenses you to park one vehicle in a designated area at your sole risk and at posted rates. Any car parked at this facility is parked at the car owner's sole risk. OPERATOR does not guard or assume care, custody or control of your vehicle or its contents and is not responsible for fire, theft, damage or loss. The owner alone is responsible for parking and locking his car. OPERATOR issues this ticket as your contract and for timekeeping purposes only. Only a license to park is granted hereby and no bailment is created. This is not a claim check. This is your entire contract and no employee may modify or waive any of its terms. By your acceptance of it you agree to all foregoing terms.

 TOLEDO TICKET CO., TOLEDO, OH

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 220 in case 2:93-CV-02004 was distributed by fax, mail, or direct printing on September 7, 2005 to the parties listed.

---

Michael W. Whitaker
WHITAKER LAW FIRM
7054 Highway 64
Oakland, TN 38060

Clifford D. Pierce
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Robert L. Hutton
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

J. Thomas Caldwell
CALDWELL & FITZHUGH
114 Jefferson Street
Ripley, TN 38063

Honorable Jon McCalla
US DISTRICT COURT