IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| ROBERT DAVIS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 93-2004 Ml |
| | ) | |
| TED SUTTON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER DIRECTING CLERK TO DISBURSE FUNDS

The Special Master in this case, Charles Fisher, has submitted an invoice for fees and expenses incurred in connection with this matter for the month of September, 2005, in the amount of $2,894.26. Accordingly, the Clerk of Court is directed to send the total sum of $2,894.26 to the Special Master, Charles Fisher, at 622 South Main Street, Covington, Tennessee 38019.

IT IS SO ORDERED THIS __17__ DAY of October, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __10-18-05__

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 222 in case 2:93-CV-02004 was distributed by fax, mail, or direct printing on October 18, 2005 to the parties listed.

---

Financial Unit
FINANCIAL UNIT
167 N. Main St.
Room 242
Memphis, TN 38103

Michael W. Whitaker
WHITAKER LAW FIRM
7054 Highway 64
Oakland, TN 38060

Clifford D. Pierce
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Robert L. Hutton
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

J. Thomas Caldwell
CALDWELL & FITZHUGH
114 Jefferson Street
Ripley, TN 38063

Honorable Jon McCalla
US DISTRICT COURT