IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY pg D.C.
05 NOV -4 AM 11:06
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

ROBERT DAVIS, et al.,

Plaintiffs,

v. No. 93-2004 Ml

TED SUTTON, et al.,

Defendants.

ORDER DIRECTING CLERK TO DISBURSE FUNDS

The Special Master in this case, Charles Fisher, has submitted an invoice for fees and expenses incurred in connection with this matter for the month of October, 2005, in the amount of $3,006.90. Accordingly, the Clerk of Court is directed to send the total sum of $3,006.90 to the Special Master, Charles Fisher, at 622 South Main Street, Covington, Tennessee 38019.

IT IS SO ORDERED THIS 4 DAY of November, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 32(b) FRCrP on 11-4-05

223

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 223 in case 2:93-CV-02004 was distributed by fax, mail, or direct printing on November 4, 2005 to the parties listed.

---

Financial Unit
FINANCIAL UNIT
167 N. Main St.
Room 242
Memphis, TN 38103

Michael W. Whitaker
WHITAKER LAW FIRM
7054 Highway 64
Oakland, TN 38060

Clifford D. Pierce
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

J. Thomas Caldwell
CALDWELL & FITZHUGH
114 Jefferson Street
Ripley, TN 38063

Robert L. Hutton
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT