IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ROBERT DAVIS, et al., )
)
    Plaintiffs, )
)
v. ) No. 93-2004 Ml
)
TED SUTTON, et al., )
)
    Defendants. )

ORDER DIRECTING CLERK TO DISBURSE FUNDS

The Special Master in this case, Charles Fisher, has submitted an invoice for fees and expenses incurred in connection with this matter for the month of November, 2005, in the amount of $2,232.74. Accordingly, the Clerk of Court is directed to send the total sum of $2,232.74 to the Special Master, Charles Fisher, at 622 South Main Street, Covington, Tennessee 38019.

IT IS SO ORDERED THIS 9 DAY of December, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet In compliance
with Rule 58 and/or 79(a) FRCP on 12-12-05

# CHARLES G. FISHER
622 South Main Street
Covington, TN 38019
Home Phone 901-476-1619

December 01, 2005

Mrs. Elrudia Tipton, Finance Administrator
United States District Court
Room 242 Federal Building
167 North Main Street
Memphis, TN 38103

RE: *Davis v Sutton, et al,* 93-2004 ML/BRE

Dear Mrs. Tipton:

Enclosed are my out of court worksheet, in court worksheet and expense report in the above referenced case for the month of November, 2005.

Out of Court Worksheet
    Interviews and Conferences   7.5 hrs
    Travel   7.0 hrs
    Investigation and Other   15.5 hrs
**Total Out of Court Hours**   30.0 hrs @ $65 per hour = $1950.00

In Court Worksheet
    Lauderdale Hearing   1.5 hrs
**Total in Court Hours**   1.5 hrs @ $65 per hour = $97.50

Other Expenses Worksheet
    Mileage (48.5 cents per mile) $185.24

**Total this Bill**   $2232.74   12/1/05

Sincerely,

Charles Fisher
Special Master

05 NOV 31 PH 1:54
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS
RECEIVED

93-2004 ML/BRE

Case Number: ~~96-2212-M/A~~

Voucher No: _____

## OUT OF COURT HOURLY WORKSHEET

| Date | Brief Description of Services | Interviews & Conferences | Obtaining & Reviewing Records | Legal Research & Brief Writing | Travel Time | Investigation and Other Work |
|---|---|---|---|---|---|---|
| 11/4/05 | meet w/Harris; meet w/inmates; review memo + jail's report to court | 1.5 | | | .5 | 1.5 |
| 11/7 | Jail compliance mtg; meet w/Harris + Etheridge; tour jail | | | | .5 | 2.5 |
| 11/14 | write report to court; file w/court | | | | 2.0 | 5.0 |
| 11/16 | meet w/Etheridge; read grievances; tele call Hutton; tour jail; interview inmates | 1.0 | | | .5 | 1.5 |
| 11/17 | Lauderdale hearing | | | | 2.0 | |
| 11/21 | Jail committee mtg; tour jail; meet w/inmates; meet w/Etheridge | 2.0 | | | .5 | 1.0 |
| 11/25 | Interview staff + inmates; tour jail | 2.0 | | | .5 | 1.0 |
| 11/30 | Tour jail; review grievances; talk w/inmates; review maintenance | 1.0 | | | .5 | 3.0 |
| | Page Total | 7.5 | | | 7.0 | 15.5 |
| | Grand Total | | | | | 30.0 |

2232.74  2135.24++
1950

93-2004 ML/BRE
96-2575-ML/BRE

**IN-COURT HOURLY WORKSHEET**

CASE NUMBER: _____

| Date | Brief Description of Services | Arraignment / Plea | Motions / Requests | Bail Hearings | Sentence Hearings | Trial | Revocation Hearings | Appeals Court | Other |
|------|-------------------------------|--------------------|--------------------|---------------|-------------------|-------|---------------------|---------------|-------|
| 11/17 | Lauderdale hearing | | | | | | | | 1.5 |
| | | | | | | | | | |
| Page Total: | | | | | | | | 1.5 | 1.5 |
| Grand Total: | | | | | | | | | 9.5 |

93-2004 ML/BRE
Case Number: 96-~~2500 ME~~/V

Voucher No: _____

**OTHER EXPENSES WORKSHEET**

Ripley-Cov. Round Trip 48.5 x 3 = Memphis-Cov R.T
80 x 48.5 = 38.80

381.94
380

| Date | Brief Explanation | Mileage | Parking | Meals | Lodging | Copying | Postage | Toll Calls | Telegrams | Other |
|------|-------------------|---------|---------|-------|---------|---------|---------|-----------|-----------|-------|
| 11/4 | Covington – Ripley round trip | 17.94 | | | | | | | | |
| 11/7 | " | 17.94 | | | | | | | | |
| 11/14 | Covington – Memphis round trip | 38.80 | | | | | | | | |
| 11/16 | Covington – Ripley | 17.94 | | | | | | | | |
| 11/17 | Covington – Memphis | 38.80 | | | | | | | | |
| 11/17 | Covington – Ripley | 17.94 | | | | | | | | |
| 11/25 | " | 17.94 | | | | | | | | |
| 11/30 | " | 17.94 | | | | | | | | |
| | | 185.24 | 77 | | | | | | | |

Total Amount Per Item

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 228 in case 2:93-CV-02004 was distributed by fax, mail, or direct printing on December 12, 2005 to the parties listed.

---

Robert L. Hutton
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Financial Unit
FINANCIAL UNIT
167 N. Main St.
Room 242
Memphis, TN 38103

J. Thomas Caldwell
CALDWELL & FITZHUGH
114 Jefferson Street
Ripley, TN 38063

Michael W. Whitaker
WHITAKER LAW FIRM
7054 Highway 64
Oakland, TN 38060

Clifford D. Pierce
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Honorable Jon McCalla
US DISTRICT COURT